# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145477(51)

PEOPLE OF THE STATE OF MICHIGAN,
                Plaintiff-Appellee,
v                                                     SC: 145477
                                                      COA: 304273
                                                      Monroe CC: 06-035599-FH
ALFONZO ANTWON JOHNSON,
                Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of amicus curiae Attorney General to participate in oral argument by sharing the Monroe County Prosecutor's allotted time for argument is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2013



Clerk